BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | APPLICATION AND ORDER SEALING COMPLAINT AND AFFIDAVIT |
| v. | |
| Maria del Pilar PEREZ-PEREZ, and Noemi Daniela PEREZ-PEREZ, | |
| Defendants. | |

The United States of America requests that the complaint and affidavit in support of the complaint in this case be sealed to prevent the potential flight of the defendants, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence. The United States further requests that the unsealing of the complaint and affidavit be automatic and self-executing if either of the named defendants herein is arrested on the complaint.

DATED: November 9, 2011          BENJAMIN B. WAGNER
                                  United States Attorney

                            By:  /s/ Ian L. Garriques
                                  IAN L. GARRIQUES
                                  Assistant U.S. Attorney

1

SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint be sealed. If either defendant named herein is arrested on the complaint, the unsealing of the complaint and affidavit shall be automatic and self-executing, and no further order by this Court shall be necessary for unsealing.

DATED: November 9, 2011

_____
HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE